DELMA G. SILVA
DISTRICT COURT COORDINATOR

VICTOR M. HERNANDEZ
ASSISTANT COURT COORDINATOR

MARGARITA REYES
COURT BAILIFF

## ROSE GUERRA REYNA
**STATE DISTRICT JUDGE**
**206TH DISTRICT COURT**

November 19, 2015

Granted
20 days
P.C.
11/24/2015

Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

Attn: Abel Acosta, Clerk - abel.acosta@txcourts.gov

Re: CCA No. WR-82-,437-01
Re: Phillips, Sherron Dondriel
Tr. Ct. No. CR-566-12-D(1); Ex Parte: Sherron Phillips

Dear Court of Criminal Appeals:

As per your Per Curiam Order Abating the Writ of Habeas Corpus dated November 4, 2015, the 206th District Court, the habeas court, hereby requests an additional 20 days to supplement the record due to the assistant district attorney with knowledge of this case being unavailable and due to the Thanksgiving Holidays. Based upon information and belief from the State, it is my belief that Defendant has been paroled and is no longer in custody. This Court requests the extension as stated herein to develop the record and have it forwarded to the Court of Criminal Appeals.

Thank you for your attention.

Judge Rose G. Reyna

HIDALGO COUNTY COURTHOUSE 100 N. CLOSNER, 2ND FLOOR, EDINBURG, TEXAS 78539 (956) 318-2265

RGR/dgs

cc: Glenn Devino
Assistant Criminal DistrictAttorney
100 N. Closner, 4th Floor
Edinburg, Texas 78539

Joseph Peter Corcoran
P.O. Box 12548
Austin, Texas 78711-2548

Sherron Dondriel Phillips
Garza East – TDC #1926973
(Chase Field)
4304 Highway 202
Beeville, Texas 78102

Alfredo Morales, Jr. - FAX #381-4269
7313 N. 22nd Street
McAllen, Texas 78504